IN THE SUPREME COURT OF NORTH CAROLINA

No. 33PA14

Filed 19 December 2014

NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC.

v.

WADE H. PASCHAL, JR., Guardian ad litem for Harley Jessup; REGGIE JESSUP; RANDALL COLLINS JESSUP; and THURMAN JESSUP

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 752 S.E.2d 775 (2014), affirming an order entered on 30 November 2012 and reversing and remanding an order of summary judgment entered on 6 December 2012, both by Judge G. Wayne Abernathy in Superior Court, Wake County. Heard in the Supreme Court on 18 November 2014.

*Haywood, Denny & Miller, L.L.P., by Robert E. Levin, for plaintiff-appellant.*

*Moody, Williams, Roper & Lee, LLP, by C. Todd Roper, for defendant-appellees Harley, Thurman, and Reggie Jessup.*

*Kluttz, Reamer, Hayes, Randolph, & Adkins, L.L.P., by Michael S. Adkins; and Maginnis Law, PLLC, by T. Shawn Howard, for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.